IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02189-MJW

JENNIE L. KRAEMER,

    Plaintiff,

v.

FOX HILLS OWNERS ASSOCIATION,
FH RESORT LIMITED PARTNERSHIP, f/k/a Fox Hills Resorts,
JOHN F. MAYER,
NASH, SPINDLER, GRIMSTAD & MCCRACKEN LLP, and
VIAL FOTHERINGHAM LLP

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    PURSUANT to the ORDERS & OPINION of the Honorable Michael J. Watanabe on April 7, 2016, incorporated herein by reference, it is

    ORDERED that Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) filed 11/13/2015, [18] is GRANTED.  It is

    FURTHER ORDERED that Defendant Vial Forheringham LLP's Motion to Dismiss filed 11/23/2015, [30] is GRANTED. It is

    FURTHER ORDERED that this case is DISMISSED in its entirety, without prejudice to the extent the claims are dismissed under Fed. R. Civ. P. 12(b)(1) and with prejudice to the extent the claims are dismissed under Fed. R. Civ. P. 12(b)(6) .  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of all

Defendants, and against Plaintiff, with costs to be taxed against Plaintiff under Fed. R. Civ. P. 54(d).

DATED at Denver, Colorado this  8th  day of April, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/S. Libid
S. Libid, Deputy Clerk