**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02189-MJW

JENNIE L. KRAEMER,

Plaintiff,

v.

FOX HILLS OWNERS ASSOCIATION,
FH RESORT LIMITED PARTNERSHIP, f/k/a Fox Hills Resorts,
JOHN F. MAYER,
NASH, SPINDLER, GRIMSTAD & MCCRACKEN LLP, and
VIAL FOTHERINGHAM LLP,

 Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, the

following Final Judgment is hereby entered.

Pursuant to the Order of Magistrate Judge Michael J. Watanabe entered on May

17, 2016  it is

ORDERED that, Defendant Vial Fotheringham LLP's Motion for Attorney Fees

and Costs (Docket No. 64) is DENIED as to attorneys' fees and DENIED AS MOOT as

to costs that have previously been awarded. It is

FURTHER ORDERED that, Fox Hills and Nash Spindler Defendants' Motion for

Attorney Fees (Docket No. 65) is GRANTED. It is

FURTHER ORDERED that, the Clerk of Court is DIRECTED to proceed with

taxing costs pursuant to Defendants' bills of costs (Docket Nos. 62 & 63); a   nd

FURTHER ORDERED that, the Clerk of Court is DIRECTED to enter judgment against Plaintiff and in favor of Defendants Fox Hills Owners Association; HS Resort Limited Partnership *aka Fox Hills Resorts*; John F. Mayer; and Nash, Spindler, Grimstad & McCracken LLP, for attorneys' fees in the amount of $17,930.00.

Dated at Denver, Colorado this 18th day of May, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   S. Libid

S. Libid, Deputy Clerk