**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02189-MJW

JENNIE L. KRAEMER,

    Plaintiff,

v.

FOX HILLS OWNERS ASSOCIATION,
FH RESORT LIMITED PARTNERSHIP, f/k/a Fox Hills Resorts,
JOHN F. MAYER,
NASH, SPINDLER, GRIMSTAD & MCCRACKEN LLP, and
VIAL FOTHERINGHAM LLP,

    Defendants.

---

**AMENDED FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Magistrate Judge Michael J. Watanabe entered on July 29, 2016 it is

ORDERED that, Defendant Vial Fotheringham LLP's motion for reconsideration of its motion for attorney fees filed 5/20/2016, [78] is GRANTED. It is

FURTHER ORDERED that, Defendant Vial Fotheringham LLP's motion for attorney fees and costs filed 4/22/2016, [64] is GRANTED IN PART and DENIED IN PART. It is

FURTHER ORDERED that judgment is entered against Plaintiff and in favor of Defendant Vial Fotheringham LLP, for attorneys' fees in the amount

of $33,727.00.

Dated at Denver, Colorado this 1st day of August, 2016.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

             By: s/ S. Libid
                    S. Libid, Deputy Clerk